# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:11mc30

| | | |
|---|---|---|
| IN THE MATTER OF | : | ORDER ADOPTING LOCAL PATENT |
| | : | |
| RULES OF PRACTICE AND | : | RULES OF PRACTICE AND |
| | : | |
| PROCEDURE IN THIS COURT | : | PROCEDURE |

For Good cause appearing to the Court this _18th_ day of March, 2011.

**IT IS ORDERED that:**

1. The following Local Patent Rules of Practice and Procedure in the United States District Court for the Western District of North Carolina are hereby adopted effective at 12:01 A.M. on the 31st day of March, 2011. These rules shall apply to all *pending* patent cases unless the Court finds that their application in a specific case would result in injustice or hardship. In instances where these local rules may be in conflict with any standing pretrial order of any judge of this court, counsel shall be guided by the pretrial order pending clarification of the conflict with the presiding judge.

2. These rules are adopted in compliance with and pursuant to the authority of Rule 83, Fed. R. Civ. P.; Rule 57, Fed. R. Crim. P.; and other federal rules and statutes providing for district court local rules.

3. These local rules supplement the Federal Rules of Civil Procedure as necessary in all civil suits in the United States District Courts for the Western District of North Carolina. Where applicable, these rules also supplement the Federal Rules of Bankruptcy Procedure.

4. Prior to the adoption of these rules the court solicited comments and carefully considered all comments which were received as the result of the posting of the rules.

5. The Clerk is directed to promptly publish these rules electronically; make hard copies available upon request; serve copies on the Administrative Office of the United States Courts, the Attorney General of the United States, the Fourth Circuit Judicial Council, and the Federal Rules Committees.

SO ORDERED, THIS _____18th_____ DAY OF _____March_____, 2011.

Robert J. Conrad, Jr., Chief
U.S. District Judge

Richard L. Voorhees
U.S. District Judge

Martin Reidinger
U.S. District Judge

Frank D. Whitney,
U.S. District Judge

Graham C. Mullen, Senior
U.S. District Senior Judge